

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

### NO. 02-14-00163-CV

JOHN DIAZ AND REBECCA DIAZ                                   APPELLANTS

V.

DAAZ PROPERTIES, LLC                                                   APPELLEE

------------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2013-007618-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On September 5, 2014, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

------------

[1]*See* Tex. R. App. P. 47.4.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  WALKER, DAUPHINOT, and MCCOY, JJ.

DELIVERED:  October 2, 2014